# EXHIBIT 1

# PROPERTY REPORTS, CHAIN OF CUSTODY REPORTS AND MATERIAL FROM DISCOVERY

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

On (date) 7/23/24

Item(s) listed below were:

Received From ____ Returned To ____ Released To ✓ Seized ____

(Name) DET. CLIFF PARKS
(Street Address) 26 FEDERAL PLAZA
(City) NY, NY

Description of Item(s):

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-0894 | Crime Scene | Clothing, blood-stained | 1 PAIR OF GREY SWEATPANTS, 1 PAIR OF UNDERWEAR, 1 PAIR OF SOCKS | 7/17/2024 | BRO-24-0894 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Received by: Det. Parks [signature]
(Print & Signature)

Received From: A. Llerena [signature]
(Print & Signature)

Prescribed by P5510

BP-A0973
FEB 12

# EVIDENCE RECOVERY LOG CDFRM

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION G-C

PREPARER/ASSISTANTS A. Llerena

**PERSONNEL** (Include Initials)

Received from: A. Llerena
Received by: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0894 | 1 PAIR OF GREY SWEATPANTS, 1 PAIR OF UNDERWEAR, 1 | Unit G-43/ Cell G05-422 | A. Llerena | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971 CHAIN OF CUSTODY LOG CDFRM
AUG 11

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

ECN # BRO-24-0894

ITEM # BRO-24-00956 (Enclose with/attach to evidence)

CASE ID NUMBER: ______ SUSPECT (If known) SANTIAGO,ALBERTO #08794-510

DESCRIPTION OF ITEM: 1 PAIR OF GREY SWEATPANTS, 1 PAIR OF UNDERWEAR, 1 PAIR OF SOCKS

DATE/TIME ITEM FOUND: JULY 17, 2024 @ 8:36 PM

LOCATION: UNIT G-43 / CELL G05-422

SIGNATURE OF PERSON RECOVERING EVIDENCE: A. Ll

PRINTED NAME: SIS TECH A. LLERENA

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY:(printed name) ______

Date & Time: ______

Witness:(printed name) ______

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name) ______

Date & Time: ______

Witness:(printed name) ______

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) SIS TECH W. DEMORCY

Date & Time: 7/17/24 @ 11:20PM

Witness:(printed name) SIS TECH A. LIVINGSTON

**DISPOSITION:**

(✓) Hold as evidence ( ) Return to owner ( ) Lab Analysis
( ) Return to finder ( ) Destroy immediately ( ) FBI
( ) Other

REMARKS (condition of evidence):

****************************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| W. Demorcy | 7/23/24 2:15pm | Out to Law enforcement | Det. Parks [illegible] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* Prescribed by P5510

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**On (date)** 7/23/24

**Item(s) listed below were:**

**Received From** ____ **Returned To** ____ **Released To** ✓ **Seized** ____

(Name) DET. CLIFF PARKS

(Street Address) 26 FEDERAL PLAZA

(City) NY, NY

**Description of Item(s):**

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00946 | Weapon | Sharpened Metal | Sharpened Piece of Metal with a Cloth handle | 7/17/2024 | BRO-24-0884 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Received by:** Det. Parks [signature]
(Print & Signature)

**Received From:** A. Llerena [signature]
(Print & Signature)

Prescribed by P5510

BP-A0973
FEB 12

# EVIDENCE RECOVERY LOG CDFRM

U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION Evidence Cage

PREPARER/ASSISTANTS A. Livingston

**PERSONNEL** (Include Initials)

Rec BY: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0884 | Sharpened Piece of Metal with a Cloth handle | Housing Unit G-43 Common Area | S. Demothenes | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971 **CHAIN OF CUSTODY LOG** CDFRM
AUG 11

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0884

**ITEM #** BRO-24-00946 **(Enclose with/attach to evidence)**

**CASE ID NUMBER:** **SUSPECT (If known)**

**DESCRIPTION OF ITEM:** Sharpened Piece of Metal with a Cloth handle

**DATE/TIME ITEM FOUND:** 07/17/2024 1455 Hours

**LOCATION:** Housing Unit G-43 Common Area

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** S. Demothenes

**PRINTED NAME:** S. Demothenes

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY: (printed name)

Date & Time:

Witness: (printed name)

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name)

Date & Time:

Witness: (printed name)

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) A. Livingston

Date & Time: 7/17/2024 1555

Witness: (printed name) A. Llerena

**DISPOSITION:**

(✓) Hold as evidence ( ) Return to owner ( ) Lab Analysis
( ) Return to finder ( ) Destroy immediately ( ) FBI
( ) Other

REMARKS (condition of evidence):

**************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| S. Demothenes | 7/17/2024 1455 | SIS | LT. Ferguson |
| LT. Ferguson | 7/17/2024 1456 | SIS | Officer McCray |
| Officer McCray | 7/17/2024 1456 | SIS | Officer A. Dillard |
| Officer A. Dillard | 7/17/2024 1457 | SIS | SIS Tech A. Llerena |
| SIS Tech A. Llerena | 7/17/2024 1459 | SIS | SIS Tech A. Livingston |
| W. Demorcay | 7/23/24 245pm | Out to law enforcement | Det. Parks |
| | | | |

*PDF* **Prescribed by P5510**

JOINTABS_000063

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**On (date)** 7/23/24

**Item(s) listed below were:**

**Received From** ____ **Returned To** ____ **Released To** ✓ **Seized** ____

**(Name)** DET. CLIFF PARKS

**(Street Address)** 26 FEDERAL PLAZA

**(City)** NY, NY

**Description of Item(s):**

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00954 | Weapon | Sharpened Metal | 1 METAL OBJECT SHARPENED TO A POINT | 7/17/2024 | BRO-24-0892 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Received by:** DET. PARKS [signature]
**(Print & Signature)**

**Received From:** A. Llerena [signature]
**(Print & Signature)**

**Prescribed by P5510**

BP-A0973
FEB 12
U.S. DEPARTMENT OF JUSTICE

# EVIDENCE RECOVERY LOG CDFRM

FEDERAL BUREAU OF PRISONS

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION G-C

PREPARER/ASSISTANTS D. Gonzalez

**PERSONNEL** (Include Initials)

Received from: A. Llerena

Received by: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0892 | 1 METAL OBJECT SHARPENED TO A POINT | Unit G-43/ Cell G05-410 | W. Demorcy | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971
AUG 11

**CHAIN OF CUSTODY LOG CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0892

**(Enclose with/attach to evidence)**

**ITEM #** BRO-24-00954

**CASE ID NUMBER:** ____________ **SUSPECT (If known)** BAZEMORE, JAMES #88096-054

**DESCRIPTION OF ITEM:** 1 METAL OBJECT SHARPENED TO A POINT.

**DATE/TIME ITEM FOUND:** July 17, 2024 AT 9:00PM

**LOCATION:** UNIT G-43 / CELL G05-410

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** W. D[signature]

**PRINTED NAME:** SIS TECH W. DEMORCY

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY: (printed name) ____________

Date & Time: ____________

Witness: (printed name) ____________

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name) ____________

Date & Time: ____________

Witness: (printed name) ____________

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) SIS TECH W. DEMORCY

Date & Time: 7/17/24 @ 11:20 PM

Witness: (printed name) SIS TECH A. LIVINGSTOON

**DISPOSITION:**

(✓) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
( ) FBI

REMARKS (condition of evidence):

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| W. Demorcy | 7/23/24 243pm | Out to law enforcement | DET. Parks [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* Prescribed by P5510

BP-A0974
October 11

Receipt for Property Received/Returned/Released/Seized CDFRM

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

On (date) 7/23/24

Item(s) listed below were:

Received From ____ Returned To ____ Released To ✓ Seized ____

(Name) DET. CLIFF PARKS

(Street Address) 26 FEDERAL PLAZA

(City) NY, NY

Description of Item(s):

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00948 | Weapon | Sharpened Metal | Sharpened Piece of Flat Metal with a Cloth Handle | 7/17/2024 | BRO-24-0886 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Received by: Det. Parks [signature]
(Print & Signature)

Received From: A. Llerena A. L
(Print & Signature)

Prescribed by P5510

BP-A0973
FEB 12

**EVIDENCE RECOVERY LOG** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION Evidence Cage

PREPARER/ASSISTANTS A. Livingston

**PERSONNEL** (Include Initials)

Recieved by: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0886 | Sharpened Piece of Flat Metal with a Cloth Handle | Housing Unit G-43 Common Area | A. Dillard | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971 **CHAIN OF CUSTODY LOG** CDFRM
AUG 11

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0886

**(Enclose with/attach to evidence)**

**ITEM #** BRO-24-00948

**CASE ID NUMBER:** ______ **SUSPECT (If known)** Bazemore, James, #88096-054

**DESCRIPTION OF ITEM:** Sharpened Piece of Flat Metal with a Cloth Handle

**DATE/TIME ITEM FOUND:** 07/17/2024 1448 Hours

**LOCATION:** Housing Unit G-43 Common Area

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** A. Dillard

**PRINTED NAME:** A. Dillard

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY: (printed name) ______

Date & Time: ______

Witness: (printed name) ______

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name) ______

Date & Time: ______

Witness: (printed name) ______

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) A. Livingston

Date & Time: 7/17/2024 1555

Witness: (printed name) A. Llerena

**DISPOSITION:**

(✓) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
( ) FBI

REMARKS (condition of evidence):

********************************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| A. Dillard | 7/17/2024 1455 | SIS | SIS Tech A. Llerena |
| SIS Tech A. Llerena | 7/17/2024 1459 | SIS | SIS Tech A. Livingston |
| W. Demorcy | 7/23/24 241pm | Out to Law Enforcement | Det. Parks |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* Prescribed by P5510

[redacted]

[redacted]

[redacted]

BP-A0973
FEB 12

# EVIDENCE RECOVERY LOG CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION G-C

PREPARER/ASSISTANTS D. Gonzalez

**PERSONNEL** (Include Initials)

Received from: A. Llerena

Received by: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0889 | Gray t-shirt M Russell Athletic with red stain | Trash can near door labeled 427, cell G05-422 | D. Gonzalez | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971 **CHAIN OF CUSTODY LOG** CDFRM
AUG 11
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0893
**(Enclose with/attach to evidence)**
**ITEM #** BRO-24-00955

**CASE ID NUMBER:** **SUSPECT (If known)** N/A

**DESCRIPTION OF ITEM:** 1 PAIR OF GREY SWEAT PANTS WITH RED STAIN

**DATE/TIME ITEM FOUND:** JULY 17, 2024 @ 9:00 PM

**LOCATION:** UNIT G-43 / CELL G05-415

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** Micah Friedman [signature]

**PRINTED NAME:** FBI AGENT ~~J. SMITH~~ M. Friedman

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY:(printed name)

Date & Time:

Witness:(printed name)

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name)

Date & Time:

Witness:(printed name)

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) SIS TECH E.KONSCHNIK

Date & Time: 7/17/24 @ 11:20PM

Witness:(printed name) SIS TECH A. LIVINGSTON

**DISPOSITION:**

(✓) Hold as evidence ( ) Return to owner ( ) Lab Analysis
( ) Return to finder ( ) Destroy immediately ( ) FBI
( ) Other

REMARKS (condition of evidence):

*************************************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| A. Ilecens | 7/23/24 1425 | Out to Law Enforcemen | SA Micah Friedman [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* Prescribed by P5510

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**On (date)** 7/23/24

**Item(s) listed below were:**

**Received From** ____ **Returned To** _____ **Released To** ✓ **Seized** _____

**(Name)** DET. CLIFF PARKS
**(Street Address)** 26 FEDERAL PLAZA
**(City)** NY, NY

**Description of Item(s):**

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00953 | Property, Inmate Personal | Clothing | One pair of grey socks, one pair of grey boxers with blood stain, one grey mesh shorts with blood stain, two altered black hair ties | 7/17/2024 | BRO-24-0891 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Received by:** Det. Parks [signature] **(Print & Signature)**

**Received From:** W. Demorcy [signature] **(Print & Signature)**

**Prescribed by P5510**

BP-A0973
FEB 12

# EVIDENCE RECOVERY LOG CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Page 1 of 1

PRINT LEGIBLY

| GENERAL INFORMATION | PERSONNEL (Include Initials) |
|---|---|
| DATE 7/17/2024 | Received from: W. Demorcy W. D |
| CASE ID | Received by: Det. Cliff Parks |
| LOCATION G-C | |
| PREPARER/ASSISTANTS J. Hernandez | |

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0891 | (1) Grey socks, (1) grey boxers, (1) Mesh shorts, (2) ties | West Special Housing Unit | J. Hernandez | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971 **CHAIN OF CUSTODY LOG** CDFRM
AUG 11
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** Bro-24-0891
**ITEM #** Bro-24-00953 **(Enclose with/attach to evidence)**

**CASE ID NUMBER:** **SUSPECT (If known)** Bazemore, James #88096-054

**DESCRIPTION OF ITEM:** One pair of Grey Socks,One pair of Grey Boxer with Blood stain, One Grey Mesh shorts with Blood stain, Two altered black hair ties.

**DATE/TIME ITEM FOUND:** July 17, 2024 18:39 Hours

**LOCATION:** West Special Housing Unit

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** [signature]

**PRINTED NAME:** J. Hernandez

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY:(printed name)

Date & Time:

Witness:(printed name)

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name)

Date & Time:

Witness:(printed name)

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) SIS Tech E. Korschnik

Date & Time: 7/17/24 11:20 PM

Witness:(printed name) SIS Tech W. De morcy

**DISPOSITION:**

( ) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
(✓) FBI

REMARKS (condition of evidence):

*******************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| J.Hernandez [initials] | 07/17/2024 20:51 | Secure Location | Evidence Cage |
| SIS Tech E.Korschnik | 7/17/24 11:20pm | Secure Location | Evidence Cage |
| W. Demorcy | 7/23/24 237pm | Out to Law Enforcement | Det Cliff Davis [signature] |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* **Prescribed by P5510**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

BP-A0971 CHAIN CUSTODY LOG CDFRM
AUG 11

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** Bro-24-0889

**ITEM #** Bro-24-00951

**(Enclose with/attach to evidence)**

**CASE ID NUMBER:** **SUSPECT (If known)**

**DESCRIPTION OF ITEM:** Grayt-shirt M- Russell Athletic with red stain

**DATE/TIME ITEM FOUND:** 07/17/2024 9:00 PM

**LOCATION:** Trash can near door labeled 427, cell G05-422.

**SIGNATURE OF PERSON RECOVERING EVIDENCE:**

**PRINTED NAME:** D. Gonzalez [signature]

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY: (printed name)

Date & Time:

Witness: (printed name)

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name)

Date & Time:

Witness: (printed name)

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) SIS Tech E. Konschnik

Date & Time: 07/17/2024 11:20 PM

Witness: (printed name) SIS Tech W. Demorcy

**DISPOSITION:**

( ) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
(X) FBI

REMARKS (condition of evidence):

**********************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| D. Gonzalez | 07.17.2024 9pm | FBI | SIS Tech E. Konschnik |
| SIS Tech E. Konschnik | 7/17/24 11:20pm | Secure Location | Evidence Cage |
| W. Demorcy | 7/23/24 239pm | Out to Law Enforcement | Det Parkes [signature] |
| | | | |
| | | | |
| | | | |
| | | | |

PDF Prescribed by P5510

[redacted]

[redacted]

[redacted]

[redacted]

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

On (date) 7/23/24

Item(s) listed below were:

Received From ____ Returned To ____ Released To ✓ Seized ____

(Name) DET. CLIFF PARKS

(Street Address) 26 FEDERAL PLAZA

(City) NY, NY

Description of Item(s):

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00947 | Weapon | Sharpened Metal | Sharpened Piece of Metal with a Cloth Rope Handle | 7/17/2024 | BRO-24-0885 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Received by: Det. Parks [signature] (Print & Signature)

Received From: A. Llerena [signature] (Print & Signature)

Prescribed by P5510

BP-A0973
FEB 12

**EVIDENCE RECOVERY LOG** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Page 1 of 1

PRINT LEGIBLY

| GENERAL INFORMATION | PERSONNEL (Include Initials) |
|---|---|
| DATE 7/17/2024 | Recved By: DET. CLIFF PARKS |
| CASE ID | |
| LOCATION Evidence Cage | |
| PREPARER/ASSISTANTS A. Livingston | |

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0885 | Sharpened Piece of Metal with a Cloth Rope handle | Housing Unit G-43 Common Area | A. Dillard | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971
AUG 11

**CHAIN OF CUSTODY LOG** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0885

**ITEM #** BRO-24-00947

**(Enclose with/attach to evidence)**

**CASE ID NUMBER:**

**SUSPECT (If known)** Bazemore, James, #88096-054

**DESCRIPTION OF ITEM:** Sharpened Piece of Metal with a Cloth Rope Handle

**DATE/TIME ITEM FOUND:** 07/17/2024 1448 Hours

**LOCATION:** Housing Unit G-43 Common Area

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** A. Dillard

**PRINTED NAME:** A. Dillard

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY: (printed name)

Date & Time:

Witness: (printed name)

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name)

Date & Time:

Witness: (printed name)

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) A. Livingston

Date & Time: 7/17/2024 1555

Witness: (printed name) A. Llerena

**DISPOSITION:**

(✓) Hold as evidence ( ) Return to owner ( ) Lab Analysis
( ) Return to finder ( ) Destroy immediately ( ) FBI
( ) Other

REMARKS (condition of evidence):

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| A. Dillard | 7/17/2024 1455 | SIS | SIS Tech A. Llerena |
| SIS Tech A. Llerena | 7/17/2024 1459 | SIS | SIS Tech A. Livingston |
| W. Demarcy | 7/23/24 2:45pm | Out to law enforcement | DOJ. Parks |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* Prescribed by P5510

JOINTABS_000095

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**On (date)** 7/23/24

**Item(s) listed below were:**

**Received From** ____ **Returned To** ____ **Released To** ✓ **Seized** ____

**(Name)** DET. CLIFF PARKS
**(Street Address)** 26 FEDERAL PLAZA
**(City)** NY, NY

**Description of Item(s):**

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00952 | Property, Inmate Personal | Clothing | Black Tennis shoes size 10 US brand Nike | 7/17/2024 | BRO-24-0890 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Received by:** Det. Parks [signature]
(Print & Signature)

**Received From:** A. Llerena [signature]
(Print & Signature)

Prescribed by P5510

BP-A0973
FEB 12

**EVIDENCE RECOVERY LOG CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION G-C

PREPARER/ASSISTANTS J. Hernandez

**PERSONNEL** (Include Initials)

Received from: A. Llerena

Received by: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0890 | Black Tennis shoes size 10 US brand Nike | West Special Housing Unit | J. Hernandez | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971
AUG 11

**CHAIN OF CUSTODY LOG CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0890

**ITEM #** BRO-24-00952

**(Enclose with/attach to evidence)**

**CASE ID NUMBER:**

**SUSPECT (If known)** Bazemore, James #88096-054

**DESCRIPTION OF ITEM:** Black Tennis Shoe Size 10 US brand Nike

**DATE/TIME ITEM FOUND:** July 17, 2024 18:39 Hours

**LOCATION:** West Special Housing Unit

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** [signature]

**PRINTED NAME:** J. Hernandez

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY:(printed name)

Date & Time:

Witness:(printed name)

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name)

Date & Time:

Witness:(printed name)

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) A. Llerena

Date & Time: 7/17/2024 11:55 Pm

Witness:(printed name) D. Wedley

**DISPOSITION:**

( ) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
(✓) FBI

REMARKS (condition of evidence):

****************************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| J.Hernandez [initials] | 07/17/2024 20:49 | 515 | A. Llerena |
| W. Demorcy | 7/23/24 245pm | Out to law enforcement | DET. Parks CP[signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* Prescribed by P5510

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**On (date)** 7/23/24

**Item(s) listed below were:**

**Received From** ____ **Returned To** ____ **Released To** ✓ **Seized** ____

**(Name)** DET. CLIFF PARKS

**(Street Address)** 26 Federal PLAZA

**(City)** NY, NY.

**Description of Item(s):**

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00950 | Crime Scene | Clothing, blood-stained | On pair Black tennis shoes, Nike Brand size 11; One pair of socks w/ bloodstain; one Grey mesh shorts w/ blood stain, one Grey sweater w/ blood stain. | 7/17/2024 | BRO-24-0888 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Received by:** Det. Parks [signature]
**(Print & Signature)**

**Received From:** A. Llerena [signature]
**(Print & Signature)**

**Prescribed by P5510**

JOINTABS_000099

BP-A0973
FEB 12

# EVIDENCE RECOVERY LOG CDFRM

U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS

Page ____ of____

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/24

CASE ID ______

LOCATION G-C

PREPARER/ASSISTANTS J. Hernandez

**PERSONNEL** (Include Initials)

Received from: A. Llerena

Received by: DET. CLIFF PARKS

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0888 | (1) Black sneakers<br>(1) Socks (1)sweater<br>(1) shorts | West Special Housing Unit | J. Hernandez | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971
AUG 11

**CHAIN OF CUSTODY LOG CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0888
**ITEM #** BRO-24-00950
**(Enclose with/attach to evidence)**

**CASE ID NUMBER:** ______ **SUSPECT (If known)** Santiago, Alberto #08794-510

**DESCRIPTION OF ITEM:** One pair Blk tennis shoes Brand Nike size 11, One pair of socks w/ bloodstain, One Grey mesh shorts w/ blood stain, One Grey sweater w/ blood stain,

**DATE/TIME ITEM FOUND:** July 17, 2024 18:47 Hours

**LOCATION:** West Special Housing Unit

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** [signature]

**PRINTED NAME:** J. Hernandez

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY:(printed name) ______

Date & Time: ______

Witness:(printed name) ______

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name) ______

Date & Time: ______

Witness:(printed name) ______

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) W. Demorcy

Date & Time: 7/17/24 @ 11:20 pm

Witness:(printed name) A. Livingston

**DISPOSITION:**

(X) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
(✓) FBI

REMARKS (condition of evidence):
One pair of underwear with blood stain.

*******************************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| J.Hernandez [initials] | 07/17/2024 2129 | | |
| W. Demorcy | 7/23/24 2:45pm | Out to law enforcement | Det Parks [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* **Prescribed by P5510**

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**On (date)** 7/23/24

**Item(s) listed below were:**

**Received From** ____ **Returned To** ____ **Released To** ✓ **Seized** ____

**(Name)** DET CLIFF PARKS
**(Street Address)** 26 FEDERAL PLAZA
**(City)** NY, NY

**Description of Item(s):**

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00949 | Crime Scene | Clothing, blood-stained | One pair of Grey shower slippers, one pair of Grey underwear, one sweatshirt, one sweatpants, one pair of Grey socks | 7/17/2024 | BRO-24-0887 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Received by:** DET CLIFF PARKS [signature]
(Print & Signature)

**Received From:** A. Llerena [signature]
(Print & Signature)

Prescribed by P5510

BP-A0973
FEB 12
U.S. DEPARTMENT OF JUSTICE

# EVIDENCE RECOVERY LOG CDFRM

FEDERAL BUREAU OF PRISONS

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 7/17/2024

CASE ID

LOCATION G-C

PREPARER/ASSISTANTS ~~A. Llerena~~ J. Hernandez

**PERSONNEL** (Include Initials)

Received from: A. Llerena

Received by: Det. Cliff Parks

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0887 | (1) Shower slippers, (1) underwear. | | J.Hernandez | Bag, Paper | |
| | BRO-24-0887 | (1) sweatshirt, (1) sweatpants (1) Grey socks | | J. Hernandez | Bag, Paper | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0971
AUG 11

**CHAIN OF CUSTODY LOG** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**ECN #** BRO-24-0887
**ITEM #** BRO-24-00949
**(Enclose with/attach to evidence)**

**CASE ID NUMBER:** ______ **SUSPECT (If known)** Jamaul, Aziz #24716-509

**DESCRIPTION OF ITEM:** One Pair of Grey Shower slippers, One pair of grey underwear, One Sweatshirt, One Sweatpants, One pair of Grey Socks.

**DATE/TIME ITEM FOUND:** July 17, 2024 18:59 Hours

**LOCATION:** West Special Housing Unit

**SIGNATURE OF PERSON RECOVERING EVIDENCE:** [signature]

**PRINTED NAME:** J. Hernandez

**EVIDENCE PLACED IN OVERNIGHT DROP BOX:**

DROP-BOX BY:(printed name) ______

Date & Time: ______

Witness:(printed name) ______

**EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:**

(printed name) ______

Date & Time: ______

Witness:(printed name) ______

**EVIDENCE PLACED EVIDENCE SAFE BY:**

(printed name) W. Demorcy

Date & Time: 7/17/24 @ 1120pM

Witness:(printed name) A. Livingston

**DISPOSITION:**

(X) Hold as evidence
( ) Return to finder
( ) Other
( ) Return to owner
( ) Destroy immediately
( ) Lab Analysis
(✓) FBI

REMARKS (condition of evidence):

**********************************************************************************

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| J.Hernandez [signature] | 07/17/2024 21:04 | | |
| W. Demorcy | 7/23/24 235pm | Out to Law Enforcement | Det. Cliff Parks [signature] |
| | | | |
| | | | |
| | | | |
| | | | |

*PDF* **Prescribed by P5510**

BP-A0973
FEB 12

# EVIDENCE RECOVERY LOG CDFRM

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

Page 1 of 1

PRINT LEGIBLY

**GENERAL INFORMATION**

DATE 07/23/2024

CASE ID ____________

LOCATION Out To Law Enforcement

PREPARER/ASSISTANTS SIS TECH W. DEMORCY

**PERSONNEL** (Include Initials)

Received from: W. Demorcy W.D.
Received By: M. Friedman M.F.

| TENT CARD# | ECN# | DESCRIPTION | WHERE FOUND | RECOVERED BY | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|---|
| | BRO-24-0893 | 1 PAIR OF GREY SWEAT PANTS WITH RED STAIN | Housing Unit G-43 / CELL G05-415 | FBI AGENT J. SMITH | BROWN PAPER BAG | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BP-A0974
October 11

**Receipt for Property Received/Returned/Released/Seized CDFRM**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

On (date) 7/23/2024

Item(s) listed below were:

Received From ____ Returned To ____ Released To ✓ Seized ____

(Name) Special Agent Friedman
(Street Address) FBI - 26 Federal Plaza
(City) NY, NY

Description of Item(s):

| Item Number | Item Type | Item Subtype | Description | Recovered Date | ECN Number |
|---|---|---|---|---|---|
| BRO-24-00955 | CLOTHING | SWEATPANTS | GREY SWEATPANTS WITH RED STAIN | 7/17/2024 | BRO-24-0893 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Received by: Micah Friedman [signature]
(Print & Signature)

Received From: SIS Tech W. Demorcy W. D [signature]
(Print & Signature)

Prescribed by P5510