**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

IC
F. #2024R00619

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 22, 2025

By E-mail and ECF

The Honorable Natasha C. Merle
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Jamaul Aziz, et al.
Criminal Docket No. 24-380 (NCM)

Dear Judge Merle:

The government respectfully submits this letter to inform the Court that on September 22, 2025, the Attorney General Pamela Bondi authorized and directed the United States Attorney for the Eastern District of New York **not to seek** the death penalty against Jamaul Aziz, James Bazemore and Alberto Santiago, the defendants in the above-captioned matter. Counsel and learned counsel for the defendants have been notified of the Attorney General's decision.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Irisa Chen
Assistant U.S. Attorney
(718) 254-6124

Cc: Clerk of Court (NCM) (by ECF)
Counsel of Record (by ECF)